# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| | Case No. 2:09CR00008 |
| v. | |
| | **FINAL ORDER** |
| **CHRISTOPHER ALLEN COATES,** | By: James P. Jones |
| | United States District Judge |
| Defendant. | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 (ECF No. 88) is DENIED as untimely, and the § 2255 action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: February 5, 2014

/s/ James P. Jones
United States District Judge